UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 15 |
| ENSECO ENERGY SERVICES USA CORP. | ) ) | Case No. 15-21821 SBB |
|     Debtor in Foreign Proceeding. | ) | |
| In re: | ) | |
| | ) | Chapter 15 |
| ENSECO ENERGY SERVICES CORP. | ) | Case No. 15-21823 SBB |
|     Debtor in Foreign Proceeding. | ) ) | |

**MOTION FOR ORDER DIRECTING JOINT
ADMINISTRATION OF THE DEBTORS' CASES**

PricewaterhouseCoopers Inc. ("PWC"), as the court-appointed receiver (the "Receiver")[1] and authorized foreign representative of Enseco Energy Services Corp. and Enseco Energy Services USA Corp. (collectively referred to as the "Enseco Debtors") in the proceeding pending in the Court of Queen's Bench of Alberta, Canada (the "Canadian Proceeding"), by and through its undersigned counsel, Lewis Roca Rothgerber LLP, respectfully files this Motion for Order Directing Joint Administration of the Debtors' Cases (the "Motion") pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules for the United States Bankruptcy Court for the District of Colorado (the "Local Rules"), requesting the entry of an order jointly administering the above-captioned Chapter 15 cases for procedural purposes only.  In support of the Motion, the Receiver states as follows:

---

[1] A copy of the Declaration of Sean Fleming in support of: (I) Petition for Recognition As a Foreign Main Proceeding; and (II) Application for Order to Show Cause With Temporary Restraining Order and Preliminary Injunctive Relief ("Fleming Declaration") is attached hereto as <u>Exhibit 1</u>.

2005606171_1

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and (b) and 1334(a) and (b) and 11 U.S.C. §§ 109 and 1501 of the Bankruptcy Code. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P). Venue is proper in this district pursuant to 28 U.S.C. § 1410(1). Venue is proper in this district pursuant to 28 U.S.C. § 1410(1).

## BACKGROUND

2. On October 23, 2015, the Receiver filed two Voluntary Petitions and two Petitions for Recognition as Foreign Main Proceeding Pursuant to Section 1515 and 1517 of the United States Bankruptcy Code and Related Relief (collectively, the "Petitions") for recognition of the Enseco Debtors' bankruptcy cases as foreign main proceedings under Chapter 15 of Title 11 of the United States Code (the "Bankruptcy Code").

3. The factual background regarding the Enseco Debtors' business and events leading up to the filing of the cases is set forth in detail in each of the Petitions and in the Declaration of Sean Fleming in Support of: (i) Petition for Recognition as a Foreign Main Proceeding Pursuant to Sections 1515 and 1517 of the Bankruptcy Code; and (ii) Application for Order to Show Cause With Temporary Restraining Order and Preliminary Injunctive Relief (together, the "Declarations") offered in support thereof. A copy of the Declaration is attached as Exhibit 1.

4. Headquartered in Calgary, Alberta with operations in Western Canada and the United States, the Enseco Debtors are providers of services to the oil and gas industry. Specifically, they provide fully-staffed drilling services to the oil and gas industry, namely directional drilling and production testing services. Ensceco Energy Services Corp. ("Enseco Canada") is a corporation formed under the laws of Alberta, Canada in 2006 with its

headquarters and principal place of business located in Calgary, Alberta, Canada. Enseco Canada provides drilling services to the oil and gas industry in Canada. Enseco Energy Services USA Corp. ("Enseco USA") is a Delaware corporation that is wholly-owned by Enseco Canada. Enseco USA provides drilling services to the oil and gas industry in the United States. Its sales operation is located in Denver, Colorado, while its directional drilling operations are in Casper, Wyoming and production testing in Minot, North Dakota. The registered office of each of the Enseco Debtors is in Alberta, Canada.

5. Prior to the appointment of the Receiver, the corporate operations of the Enseco Debtors were directed and controlled through their parent company, Enseco Canada. Enseco Canada provided corporate services to Enseco USA, including technical services and management services, as described below:

> Technical Services – engineering, production testing asset quality assurance and fleet management, field logistics.
>
> Management Services – finance and accounting (i.e. account receivable and payables, invoicing, cash management, financial statement preparation, coordination of payroll, information technology (i.e. computer networks, telecommunication, field service software etc.), human resources (i.e. payroll, recruiting/hiring, compensation, performance management), health and safety, sales and strategic management oversight.

6. In consideration for these services, Enseco Canada charged Enseco USA certain fees based on a transfer pricing method, namely cost plus. In addition to the foregoing, Enseco Canada leased certain equipment to Enseco USA for use in Enseco USA's operations. Presently, the Receiver understands that approximately $7 million of Enseco Canada's equipment (using 2014 appraisal figures) is currently located in Minot, North Dakota and Casper, Wyoming. Most key corporate decision making, as well as the bank accounts and accounting and cash management systems of the Enseco Debtors, were directed and controlled at the parent level by

Enseco Canada.  For instance, Enseco USA maintains three HSBC bank accounts which are controlled by Enseco Canada.  Two of these accounts, a Canadian dollar and a US dollar account, are held at an HSBC branch located in Calgary, Alberta, while a third account is located in Los Angeles, California.  Not only are the Enseco Debtors' operations, management and asset ownership based in Canada, so is their funding.  The sole secured creditor is HSBC Bank Canada ("HSBC"), the Plaintiff in the Canadian Proceeding.  Presently, HSBC is owed approximately $16 million, which is secured by the assets of the Enseco Debtors.

**7.**  Almost all of the creditors are located in Canada and the United States.  Of the creditors, 66 are located in the U.S. and owed approximately $724,000.  Canadian creditors number 111 and are owed approximately $2.23 million.

8. On October 14, 2015, HSBC, as Plaintiff, filed an Application for Order Appointing Receiver in the Court of Queen's Bench of Alberta, Judicial Centre of Calgary (the "Canadian Court"), Court File No. 1501-12080.  The Enseco Debtors are named as Defendants in the Application.  A Consent Receivership Order was entered in the Canadian Court on that same day.  On October 21, 2015, an Amended and Restated Receivership Order ("Receivership Order") was entered.

### **RELIEF REQUESTED**

9. By this Motion, the Receiver seeks an order of joint administration, for procedural purposes only, of the Enseco Debtors' Chapter 15 cases.

10. Bankruptcy Rule 1015(b) provides that, if two or more petitions are pending in the same court by or against a debtor and an affiliate, the court may order the joint administration of the affiliated debtors.

11. Enseco USA is wholly-owned, closely related or otherwise closely affiliated with Enseco Canada and thus qualifies for joint administration under Rule 1015(b).

12. The Receiver anticipates that notices, applications, motions, hearings and orders in these cases may affect each of the Enseco Debtors' bankruptcy cases. If each case were administered independently, there would be duplicative pleadings and service which would waste significant time and resources of the Receiver, the Enseco Debtors, and this Court.

13. Joint administration will permit the Clerk of the Court to use a single general docket for the Enseco Debtors cases and to combine notices to creditors and other parties-in-interest. Joint administration will also protect parties-in-interest by ensuring that all parties are apprised of the various matters before the Court in each case.

14. The Receiver requests that the official caption to be used by all parties in all pleadings in the jointly administered cases be as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 15 |
| ENSECO ENERGY SERVICES USA CORP. | ) | Case No. 15-21821 SBB |
| | ) | |
| Debtor in foreign proceeding. | ) | (*Jointly Administered*) |

15. The Receiver requests that a docket entry reflecting the joint administration of the cases be made in each of the cases as follows:

> An order has been entered in this case directing the joint administration of the Chapter 15 cases of Enseco Energy Services USA Corp. and Enseco Energy Services Corp. The docket in Case No. 15-21821 SBB should be consulted for all matters affecting this case.

16. Finally, the Receiver requests that all future entries for all cases be made in the docket of the Chapter 15 case of Enseco Canada, Case No. 15-21821 SBB.

## NOTICE

17. Notice of this Motion has been provided to the Office of the United States Trustee, 999 18th Street, Suite 1551, Denver, CO 80202, through the Court's ECF system. The Receiver submits that, in light of the nature of the relief requested, no other or further notice is necessary or required.

WHEREFORE, the Receiver respectfully requests that the Court enter an Order substantially in the form of the proposed Order attached to this Motion, and grant such other and further relief as this Court deems just and proper.

Dated: October 26, 2015

Respectfully Submitted,

PRICEWATERHOUSECOOPERS INC.,
as Receiver and authorized foreign representative of the Enseco Debtors

By: */s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
Chad S. Caby, No. 30927
LEWIS ROCA ROTHGERBER LLP
1200 17th Street, Suite 3000
Denver, CO 80202
Tel: (303) 628-9000
Fax: (303) 623-9222
E-mail: bcohen@rothgerber.com
ccaby@rothgerber.com

*Attorneys for PricewaterhouseCoopers Inc., as Receiver and authorized foreign representative of the Enseco Debtors*